## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GUY CLAYTON BARNES,  PLAINTIFF
ADC #93209

v.  No. 5:14CV00058-JLH-JJV

MARK CASHION, Warden, Randall
Williams Unit, ADC; *et al.*  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit is DENIED. Document #1.

2. Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number, within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3. Plaintiff's Complaint is DISMISSED without prejudice.

SO ORDERED this 21st day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE