**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GUY CLAYTON BARNES,                                                        PLAINTIFF
ADC #93209

v.                              No. 5:14CV00058-JLH-JJV

MARK CASHION, Warden, Randall
Williams Unit, ADC; *et al.*                                             DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 21st day of March, 2014.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE